IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEREMY CANTRELL CONN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv54 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| OFFICER NOVAK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 44, the Motion to Extend Progression Order Deadlines, filed by the defendants, Officer Novak, et al. Filing no. 44 is granted, and the defendants shall have until 30 days after a decision on the pending Motion for Summary Judgment (filing no. 33) in which to draft an Order on Final Pretrial Conference, if appropriate.

SO ORDERED.

DATED this 8th day of August, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge